A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Jul 07, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Jun 21, 2010

FILED
CLERK'S OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-27)**

FILED
JUL - 7 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 470 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 07, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _____ Deputy Clerk
Date 7/7/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

## SCHEDULE CTO-27 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**        **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN  3   10-2295      Debra Jones v. McKesson Corp., et al.   10-20341-DRH-PMF
  CAN  3   10-2296      Judith Boyce v. McKesson Corp., et al.   10-20342-DRH-PMF
  CAN  3   10-2298      Erin Fischer v. McKesson Corp., et al.   10-20343-DRH-PMF
  CAN  3   10-2299      Vanessa Pigman v. McKesson Corp., et al.   10-20344-DRH-PMF
  CAN  3   10-2300      Elizabeth Fitzgerald v. McKesson Corp., et al.   10-20345-DRH-PMF
  CAN  4   10-2036      Kristy Cardinal v. McKesson Corp., et al.   10-20346-DRH-PMF
  CAN  4   10-2297      Luz Hines v. McKesson Corp., et al.   10-20347-DRH-PMF

NEW YORK EASTERN
  NYE  1   10-546       Amanda Patenaude v. Bayer Corp., et al.   10-20348-DRH-PMF
  NYE  1   10-547       Wendell Koehn, etc. v. Bayer Corp., et al.   10-20349-DRH-PMF
  NYE  1   10-608       Crystal Kropf, et al. v. Bayer Corp., et al.   10-20350-DRH-PMF
  NYE  1   10-609       Rene Pickett v. Bayer Corp., et al.   10-20351-DRH-PMF
  NYE  1   10-611       Jennifer Major, et al. v. Bayer Corp., et al.   10-20352-DRH-PMF

NEW YORK SOUTHERN
  NYS  7   10-4280      Alishia Dianne Seagraves v. Bayer Corp., et al.   10-20353-DRH-PMF

PENNSYLVANIA EASTERN
  PAE  2   10-2132      Naomi F. Williams, et al. v. Bayer Corp., et al.   10-20354-DRH-PMF
  PAE  2   10-2135      Eve M. Capano v. Bayer Corp., et al.   10-20355-DRH-PMF

WASHINGTON WESTERN
  WAW  2   10-842       Michelle Anderson v. Bayer Corp., et al.   10-20356-DRH-PMF